# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:17-cr-00243-JCM-NJK |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | (Docket No. 40) |
| GIUSEPPE RUSSO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pending before the Court is counsel for Defendant Giuseppe Russo's motion to withdraw as counsel. Docket No. 40. The Court hereby sets the motion for hearing on October 24, 2018, at 2:00 p.m. in courtroom 3B. Defendant and his counsel are required to be present in the courtroom at the hearing.

IT IS SO ORDERED.

DATED: October 22, 2018.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE