RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Giuseppe Russo

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GIUSEPPE RUSSO,<br><br>Defendant. | Case No. 2:17-cr-243-JCM-NJK<br><br>**STIPULATION TO ADVANCE MOTION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Giuseppe Russo, that the Motion Hearing currently scheduled on October 24, 2018 at 2:00 p.m., be advanced by time only to 1:30 p.m.

This Stipulation is entered into for the following reasons:

1. Defense counsel has a conflict with the currently scheduled time.

2. The defendant is in custody and does not oppose a continuance.

3. The parties agree to the continuance.

This is the first request for an advance of the motion hearing.

DATED this 22nd day of October, 2018.

| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
|---|---|
| By /s/ Raquel Lazo<br>RAQUEL LAZO<br>Assistant Federal Public Defender | By /s/ Christopher Burton<br>CHRISTOPHER BURTON<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:17-cr-243-JCM-NJK |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| GIUSEPPE RUSSO, | |
| Defendant. | |

For good cause shown, the parties' stipulation to advance the hearing currently set for October 24, 2018, at 2:00 p.m. is GRANTED. Docket No. 42. The hearing is ADVANCED in time only, to 1:30 p.m.

IT IS SO ORDERED.

DATED: October 23, 2018.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE