RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Giuseppe Russo

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>GIUSEPPE RUSSO,<br><br>           Defendant. | Case No. 2:17-cr-243-JCM-NJK<br><br>**STIPULATION TO CONTINUE<br>SENTENCING HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Giuseppe Russo, that the Sentencing Hearing currently scheduled on December 11, 2018 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.     Defense counsel requires additional time to review the revised presentence investigation report with Mr. Russo.  Additionally, defense counsel is still awaiting mitigation records requested from UMC hospital.  These records will be pertinent to Mr. Russo's sentencing hearing.

2. The defendant is in custody and does not oppose a continuance.

3. The parties agree to the continuance.

This is the second request for a continuance of the sentencing hearing.

DATED this 28th day of November, 2018.

RENE L. VALLADARES                          DAYLE ELIESON
Federal Public Defender                     United States Attorney


        */s/ Raquel Lazo*                           */s/ Christopher Burton*
By_____          By_____
RAQUEL LAZO                                 CHRISTOPHER BURTON
Assistant Federal Public Defender           Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

                Plaintiff,

       v.

GIUSEPPE RUSSO,

                Defendant.

Case No. 2:17-cr-243-JCM-NJK

**ORDER**

    IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Tuesday, December 11, 2018 at 10:00 a.m. be vacated and continued to February 11, 2019, at the hour of 10:00 a.m.

    DATED December 3, 2018.

_____
UNITED STATES DISTRICT JUDGE

3