RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Giuseppe Russo

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GIUSEPPE RUSSO,<br><br>Defendant. | Case No. 2:17-cr-243-JCM-NJK<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Giuseppe Russo, that the Sentencing Hearing currently scheduled on March 13, 2019 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1. Defendant's parents wish to be present at the sentencing hearing and will be out of town on the currently scheduled sentencing hearing.

2. Additionally, defense counsel is still waiting to hear back from Pahrump staff regarding information contained in the presentence investigation report which client disputes.

3. The defendant is in custody and does not oppose a continuance.

4. The parties agree to the continuance.

This is the third request for a continuance of the sentencing hearing.

DATED this 1st day of March, 2019.

| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Christopher Burton*<br>By_____<br>CHRISTOPHER BURTON<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

GIUSEPPE RUSSO,

    Defendant.

Case No. 2:17-cr-243-JCM-NJK

**<u>ORDER</u>**

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Wednesday, March 13, 2019 at 10:00 a.m. be vacated and continued to April 3, 2019, at the hour of 10:30 a.m.

DATED March 5, 2019.

_____
UNITED STATES DISTRICT JUDGE