# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-CR-243 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| GUISEPPE RUSSO, | |
| Defendant(s). | |

Presently before the court is Russo's motion for sentencing transcripts. (ECF No. 69). No response has been filed.

**I.   Legal Standard**

Local rule 7-2 provides that "[a]ll motions—unless made during a hearing or trial—must be in writing and served on all other parties who have appeared. The motion must be supported by a memorandum of points and authorities." LR 7-2. Local rule IC 5-1 provides that a signature is required on all filings, and that "[t]he signatory must be the attorney or pro se party who electronically files the document." LR IC 5-1. Local rule IC 7-1 provides that "[t]he court may strike documents that do not comply with these rules."

**II.   Discussion**

Russo is currently represented by counsel, Amy Cleary. Russo has not applied to this court to proceed in forma pauperis. Thus, Russo's motion is improperly submitted as a pro se motion without the signature of his attorney or points and authorities. Further, while the court may issue transcripts for purposes of appeal or suit so long as it is not frivolous, Russo does not explain why he requests his transcripts.

**James C. Mahan**
**U.S. District Judge**

If Russo wishes to move this court for further action in this case, he must do so through his attorney or after applying to proceed in forma pauperis.

### III. Conclusion

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Russo's motion for sentencing transcripts (ECF No. 69) be, and the same hereby is, STRICKEN and held for naught.

DATED October 13, 2021.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -