RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Giuseppe Russo

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>           Plaintiff, <br><br>      v. <br><br> GIUSEPPE RUSSO, <br><br>           Defendant. | Case No. 2:17-cr-00243-JCM-NJK <br><br> **STIPULATION TO CONTINUE REVOCATION HEARING** <br> (Second Request) |

   IT IS HEREBY STIPULATED AND AGREED, by and between Sue Fahami, Acting United States Attorney, and Jessica Oliva, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Giuseppe Russo, that the Revocation Hearing currently scheduled on April 9, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

   This Stipulation is entered into for the following reasons:

   1.   Defense counsel will be in trial in the matter of USA v. Fain on the currently scheduled revocation hearing date.

   2.   The parties require additional time for negotiations to determine whether this matter may be resolved short of a contested revocation hearing.

3. Mr. Russo is out of custody and does not oppose the continuance.

4. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 1st day of April, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SUE FAHAMI<br>Acting United States Attorney |
| By /s/ Joy Chen<br>JOY CHEN<br>Assistant Federal Public Defender | By /s/ Jessica Oliva<br>JESSICA OLIVA<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GIUSEPPE RUSSO,<br><br>　　　　Defendant. | Case No. 2:17-cr-00243-JCM-NJK<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, April 9, 2025 at 10:30 a.m., be vacated and continued to **Wednesday, April 23, 2025** at the hour of **10:30 a.m.**

　　DATED April 7, 2025.

_____
UNITED STATES DISTRICT JUDGE