RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Giuseppe Russo

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GIUSEPPE RUSSO,<br><br>Defendant. | Case No. 2:17-cr-00243-JCM-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Third Request) |

     IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and Jessica Oliva, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Giuseppe Russo, that the Revocation Hearing currently scheduled on April 23, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than twenty-one (21) days.

     This Stipulation is entered into for the following reasons:

     1.    Probation has informed defense counsel that an addendum containing new technical violations will be filed. Defense counsel has not yet received the addendum or the related discovery. Defense counsel requires additional time to discuss the new alleged

violations and evidence with the defendant. Defense counsel also requires additional time to conduct independent investigation and to counsel the defendant on his legal options.

    2.    Neither probation nor the government oppose this continuance.

    3.    Mr. Russo is out of custody and does not oppose the continuance.

    4.    The parties agree to the continuance.

This is the third request for a continuance of the revocation hearing.

DATED this 21st day of April, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>United States Attorney |
| By */s/ Joy Chen*<br>JOY CHEN<br>Assistant Federal Public Defender | By */s/ Jessica Oliva*<br>JESSICA OLIVA<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>GIUSEPPE RUSSO,<br><br>         Defendant. | Case No. 2:17-cr-00243-JCM-NJK<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, April 23, 2025 at 10:30 a.m., be vacated and continued to **Wednesday, May 14, 2025,** at the hour of **11:00 a.m.**

   DATED April 22, 2025.

                                                                                              _____
                                                                                              UNITED STATES DISTRICT JUDGE

3